UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------x

In re                                                                                                          Chapter 11

440 West 164th Street Housing Development Fund Corporation,             Case No.  15-20003

                                                                  Debtor.
--------------------------------------------------------------------------------x

## **NOTICE OF ADJOURNMENT**

PLEASE TAKE NOTICE, that all matters scheduled to be heard on October 15, 2015 at 10:00 a.m. have been adjourned to January 7, 2016 at 10:00 a.m.

Dated: New York, New York
        October 13, 2015

                                                  BACKENROTH FRANKEL & KRINSKY, LLP

                            By:    s/ Mark Frankel
                                   800 Third Avenue
                                   New York, New York  10022
                                   (212) 593-1100