UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:

440 WEST 164TH STREET HOUSING           Chapter 11
DEVELOPMENT FUND CORPORATION,
                                                  Case No: 15-20003-rdd
                    Debtor.
-------------------------------------------------------------X

### DECLARATION OF DAVID GOLDWASSER IN SUPPORT OF SAC492 071714, LLC'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING IT TO PROVIDE A PROTECTIVE ADVANCE TO PAY OUTSTANDING TAXES AND WATER CHARGES

    I, David Goldwasser, declare under penalty of perjury, as follows:

    1.    I am the manager of SAC492 071714, LLC ("SAC"). I make declaration in support of SAC's motion for entry of an order authorizing it to provide a protective advance to pay outstanding taxes and water charges.

    2.    Attached as **Exhibit A** is a true and correct copy of the Consolidation, Extension, and Modification Agreement dated July 29, 2015.

    3.    Attached as **Exhibit B** is a true and correct copy of the Mortgage by and between 440 West 164th Street Housing Development Fund Corporation and SAC, dated July 29, 2014.

    4.    Attached as **Exhibit C** is a true and correct copy of the Assignment of Mortgage dated as of July 29, 2014.

    5.    Attached as **Exhibit D** is a true and correct copy of the Consolidation, Extension and Modification Agreement, Assignment of Leases and Rents and Security Agreement dated February 25, 2014.

    I declare under penalty of perjury under the laws of the United States of America,

pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 8th day of July, 2016.

_____
David Goldwasser