UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                                          Chapter 11

440 West 164th Street Housing Development
Fund Corporation,                                                      Case No. 15-20003

                              Debtor.
------------------------------------------------------------x

## CONSENT TO CHANGE ATTORNEY

    IT IS HEREBY CONSENTED that the attorneys of record for Inna Khiterer, individually and derivatively on behalf of 440 West 164th Street Housing Development Fund Corporation, be changed and that White & Wolnerman, PLLC be substituted as attorneys of record for said party in the above-captioned bankruptcy case in place and stead of Pick & Zabicki LLP.

Dated:  New York, New York
          September 1, 2015

| PICK & ZABICKI LLP | WHITE & WOLNERMAN, PLLC |
|---|---|
| By: /s/ Douglas Pick | By: /s/ David Wolnerman |
|    Douglas J. Pick |    David Y. Wolnerman, Esq. |
|    369 Lexington Avenue, 12th Floor |    950 Third Avenue, 11th Floor |
|    New York, NY 10017 |    New York, New York 10022 |
|    (212) 695-6000 |    Phone: (212) 308-0667 |

/s/ Inna Khiterer
Inna Khiterer
*individually and derivatively on behalf of 440 West 164th Street Housing Development Fund Corporation*